No. 98–7372.  SILVA v. KNOX.  Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–7391.  WOODWARD v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 98–7398.  DOE (R. S. W.) v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–7468.  CAFFEY v. UNUM LIFE INSURANCE COMPANY OF AMERICA.  C. A. 6th Cir.  Certiorari denied.

No. 98–7508.  CRUMMIE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–7532.  CLINE v. NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 98–7607.  LEISURE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 98–7773.  RAVER v. MCANINCH, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 98–7776.  MORRIS v. GEORGIA.  Super. Ct. Bibb County, Ga.  Certiorari denied.

No. 98–7779.  LAGO v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 98–7781.  LANG v. BOONE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 98–7786.  KEMPER v. PLILER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 98–7812.  JACKSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–7813.  MYERS v. PRUNTY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–7815.  KIM v. LICALSI ET AL.  C. A. 9th Cir.  Certiorari denied.